# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Special Situations Fund III QP, L.P., et al. v. Deloitte Touche Tohmatsu CPA, Ltd., et al.   Docket No.: 15-1813

Lead Counsel of Record (name/firm) or Pro se Party (name): Sheila A. Sadighi, Esq., Lowenstein Sandler LLP

Appearance for (party/designation): All Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
(✔) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| Antonio Sena, Justin Tang, Yin Jianping, Richard Xue, Michael Santos, John Does 1-10, Jane Does 1-10, ABC Corps 1-10 | Voluntarily dismissed with prejudice. |

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ,,,, ,,,,,,,, _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Sheila A. Sadighi
Type or Print Name: Sheila A. Sadighi, Esq.
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## CORRECTED CASE CAPTION

SPECIAL SITUATIONS FUND III QP, L.P.; SPECIAL SITUATIONS CAYMAN FUND, L.P.; COLUMBIA PACIFIC OPPORTUNITY FUND, L.P.; FIR TREE VALUE MASTER FUND, L.P.; FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.; LAKE UNION CAPITAL FUND L.P.; LAKE UNION CAPITAL TE FUND L.P.; ASHFORD CAPITAL MANAGEMENT, INC.; ZS EDU L.P.; MRMP MANAGERS LLC; WHI GROWTH FUND QP, LP; DOUGLAS N. WOODRUM; ROBERT A. HORNE; HOWARD S. BERL; BRIGHTLIGHT CAPITAL PARTNERS LP; and TORTUS CAPITAL MASTER FUND, LP,

Plaintiffs-Appellants,

v.

DELOITTE TOUCHE TOHMATSU CPA, LTD.; and DELOITTE & TOUCHE LLP,

Defendants-Appellees.

**Reason for Correction:**

Caption corrected to reflect that defendants Antonio Sena, Justin Tang, Yin Jianping, Richard Xue, Michael Santos, John Does 1-10, Jane Does 1-10, ABC Corps 1-10 were voluntarily dismissed with prejudice from the District Court action and thus are not appellees.